IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GEORGE MAY,**

    **Plaintiff,**

**vs.**                                                   **CASE NO. 1:05CV006-MMP/AK**

**RON MCRAE, et al,**

    **Defendants.**

                                        /

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action pro se, but he paid the filing fee. (Doc. 1). Consequently, he Is responsible for serving the Defendants named in the complaint. An Order advising him of his responsibility for service was entered and summons were issued on February 8, 2005. (Doc. 4). No summons have been returned and there has been no further communication with the Court. In an order dated August 17, 2005, Plaintiff was advised that he must serve the Defendants within 120 days, that the docket did not reflect that any of them had been served, and requested that Plaintiff show cause why his complaint should not be dismissed on or before September 2, 2005. (Doc. 5). Plaintiff was specifically warned that a recommendation would be made that

this case be dismissed if there was a failure to comply with that order. (Doc. 26). As of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of September, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK