IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE MAY,

    Plaintiff,

v.                                                  CASE NO. 1:05-cv-00006-MP-AK

DEPARTMENT OF TRANSPORTATION
STATE OF FLORIDA,
RON MCRAE,
STATE OF FLORIDA,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this matter be dismissed for failure to serve the defendants within 120 days and for failure to comply with the Court's order to show cause by September 1, 2005, why the case should not be so dismissed.  Plaintiff did not file objections to the Report and Recommendation.  The Court agrees that plaintiff has not timely served the defendants and therefore plaintiff's claims should be dismissed without prejudice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff's claims against the defendants are dismissed without prejudice.

The counterclaim of the defendants, and their motion for sanctions, are remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this   *4th*  day of January, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge