IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GEORGE MAY,**

    **Plaintiff,**

v.                                           **CASE NO. 1:05-cv-00006-MP-AK**

**DEPARTMENT OF TRANSPORTATION STATE OF FLORIDA,**
et al,

    **Defendants.**

_____/

## O R D E R

This matter has been remanded to the undersigned for determination of Defendants' counterclaim, and their motion for sanctions. (See Doc. 14). Plaintiff's claims were dismissed for failure to serve the Defendants within the time provided by the rules. (See Docs. 6 and 14).

Accordingly, it is

**ORDERED:**

1. Plaintiff shall respond to the Counterclaim served upon him on October 31, 2005, (doc. 10), within twenty days of this date or by February 16, 2006.

2. Within twenty days of service of Plaintiff's Answer to the Counterclaim the parties shall confer, as required by Rule 26(f), Federal Rules of Civil Procedure, to discuss and devise a discovery plan and shall within ten days of their conference submit their Joint Report setting forth the deadlines they have agreed upon for discovery.

**DONE AND ORDERED** this **26th** day of January, 2006

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**