IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE MAY,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00006-MP-AK

RON MCRAE, et al,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Default Judgment. (Doc. 16). Having considered said motion, the Court is of the opinion that it should be

**DENIED** for failure to comply with Rule 55, Federal Rules of Civil Procedure.

**DONE AND ORDERED** this  _16th_  day of May, 2006

                              **s/ A. KORNBLUM**
                              ALLAN KORNBLUM
                              UNITED STATES MAGISTRATE JUDGE